# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH BRYLL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:16-cv-01717-LJO-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 7)** |

　　　　The parties have filed a Joint Stipulation for Dismissal with Prejudice, in which the parties inform the Court that they have agreed to the dismissal of this matter. (Doc. 7.) This stipulation is signed by all parties that have appeared in this matter. (*See id.*) As such, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:　**January 24, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE